UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
ANDREW WALLACE A/K/A TAMMI PAGAN,

                           Plaintiff

        -against-

LARRY FUTTER, ET AL.,

                          Defendants.
------------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL BY PLAINTIFF PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

16-CV-927 (NAM)(TWD)

      Whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action; therefore, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Andrew Wallace A/K/A Tammi Pagan, through his counsel, hereby stipulates that the above-captioned action is voluntarily dismissed with prejudice and without costs, expenses or fees.

Dated:     Brooklyn, NY
             March 21, 2018

                                  /s/ Leo Glickman
                                  Leo Glickman, Esq.
                                  *Attorney for Plaintiff*
                                  Stoll, Glickman & Bellina, LLP
                                  475 Atlantic Ave., Fl. 3
                                  Brooklyn, NY 11207
                                  (718) 852-3710
                                  lglickman@stollglickman.com

Dated: Syracuse, NY
       March 21, 2018

                              ERIC T. SCHNEIDERMAN
                              Attorney General of the State of New York
                              Attorney for Defendants
                              By: s/ *Timothy P. Mulvey*
                              Timothy P. Mulvey, Esq., of counsel
                              Office of the Attorney General
                              615 Erie Boulevard West, Suite 102
                              Syracuse, New York 13204
                              Bar Roll No. 510757

Dated: March 27, 2018
       Syracuse, New York

SO ORDERED:

_Norman A. Mordue_
HON. NORMAN A. MORDUE